# Court of Appeals
# of the State of Georgia

ATLANTA,___May 19, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1670.  ROBERT JAY DAVIS v. THE STATE.**

Robert Jay Davis appeals from the trial court's March 9, 2015, order denying his motion to vacate a void sentence.  Davis filed both a discretionary application, Case No. A15D0345, and this direct appeal, seeking review of the same trial court order.

We denied Davis's application for discretionary appeal on April 24, 2015. Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal.  See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/19/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, *Clerk.*